# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1900. ATLANTA WESTERN GROUP, LLLP et al. v. RES-GA THREE, LLC.**

Appellants Atlanta Western Group, LLP, John S. Buffa and Judy E. Buffa have filed a Notice of Withdrawal, indicating their desire to withdraw the appeal in this case.  See Court of Appeals Rule 41 (g).

Appellants' request to withdraw the appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*